| | |
|---|---|
| 1 | William A. Wright, State Bar Number 193314 |
| | *wwright@earlysullivan.com* |
| 2 | Sophia S. Lau, State Bar Number 222333 |
| | *slau@earlysullivan.com* |
| 3 | EARLY SULLIVAN WRIGHT |
| | GIZER & McRAE LLP |
| 4 | 6420 Wilshire Boulevard, 17th Floor |
| | Los Angeles, California 90048 |
| 5 | Telephone: (323) 301-4660 |
| | Facsimile: (323) 301-4676 |
| 6 | |
| 7 | Attorneys for Defendant |
| | KAI DATA, LLC |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETA TIKOTZKY, individually and on behalf of all others similarly situated, | Case No.: 2:21-cv-00971-JGB(SHKx) |
| Plaintiff, | **[PROPOSED] ORDER ON KAI DATA, LLC'S MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)** |
| vs. | |
| KAI DATA, LLC, | [Honorable Jesus G. Bernal] |
| Defendant. | Date: June 28, 2021<br>Time: 9:00 a.m.<br>Ctrm: 1 |



1
**PROPOSED ORDER ON MOTION TO DISMISS FAC – 2:21-CV-00971-JGB(SHKx)**

613217.1

Defendant Kai Data, LLC ("Kai Data") filed a motion to dismiss the first amended complaint filed by plaintiff Eta Tikotzky ("FAC") pursuant to Fed. R. Civ. P. 12(b)(6).

After considering the papers filed in support and in opposition to the motion and the pleadings and records in this action, the Court finds that the FAC fails to state a claim against Kai Data under the Telephone Consumer Protection Act (*i.e.* 47 U.S.C. § 227) ("TCPA") because the FAC does not allege a basis for either direct or vicarious liability against Kai Data under the TCPA.  The allegations in the FAC and those in the original Complaint, that were not amended, withdrawn or superseded, demonstrate that Kai Data did not "make" or "initiate" any of the alleged calls at issue, and there are no allegations to support the existence of a formal agency, apparent authority or ratification to support vicarious liability on the part of Kai Data.  *See e.g. Canary v. Youngevity Int'l, Inc.*, No. 5:18-CV-03261-EJD, 2019 WL 1275343, at *1 (N.D. Cal. Mar. 20, 2019); *Naiman v. Freedom Forever, LLC*, No. 19-CV-00256-JSC, 2019 WL 1790471, at *1 (N.D. Cal. Apr. 24, 2019); *Pascal v. Agentra, LLC*, No. 19-CV-02418-DMR, 2019 WL 5212961, at *1 (N.D. Cal. Oct. 16, 2019); *Sheski v. Shopify (USA) Inc.*, No. 19-CV-06858-HSG, 2020 WL 2474421, at *1 (N.D. Cal. May 13, 2020); *Linlor v. Five9, Inc.*, No. 17CV218-MMA (BLM), 2017 WL 2972447, at *1 (S.D. Cal. July 12, 2017); *Ewing v. Encor Solar, LLC*, No. 18-CV-2247-CAB-MDD, 2019 WL 277386, at *1 (S.D. Cal. Jan. 22, 2019).

Based upon the foregoing, the Court hereby GRANTS the motion, and the FAC is ordered DISMISSED with prejudice.

Dated: _____    _____
                                          JESUS G. BERNAL
                             UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

*/s/ Valerie Segura*
VALERIE SEGURA
An Employee of EARLY SULLIVAN
WRIGHT GIZER & McRAE LLP